[No. 14844-7-II.   Division Two.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
R. STOBAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00019-6, Paula Casey, J., entered March 21, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 25733-1-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY
DEAN DOROSKY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03539-8, R. Joseph Wesley, J., entered February 28, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27518-6-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ALEXANDER HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-06678-7, Susan R. Agid, J., entered November 13, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27733-2-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
DWAYNE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01104-2, Susan R. Agid, J., entered January 7, 1991. *Dismissed* by unpublished per curiam opinion.